UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

    v.                                                               **DECISION AND ORDER**
                                                                       **12-CR-205S**

JORGE MELENDEZ,

            Defendant.

       1.     On August 5, 2014, the Defendant entered into a written plea agreement (Docket No. 129) and pled guilty to the lesser included offense contained in Count 1 of the Indictment (Docket No. 1) charging a violation of Title 21 U.S.C. § 846, (conspiracy to manufacture 100 or more marijuana plants).

       2.     On August 5, 2014, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 130) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

       3.     This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

       4.     This Court has carefully reviewed *de novo* Judge Foschio's August 5, 2014, Report and Recommendation, the plea agreement, the Indictment, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

       IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's August 5, 2014, Report and Recommendation (Docket No. 130) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant, Jorge Melendez is accepted, and he is now adjudged guilty of Title 21 U.S.C. § 846.

SO ORDERED.

Dated: September 9, 2014
       Buffalo, New York

                                                    s/William M. Skretny
                                                 WILLIAM M. SKRETNY
                                                      Chief Judge
                                      United States District Court